## <u>RETURN OF SERVICE</u>

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-22098-JB

Plaintiff:
**DARRAN WETTER,**

vs.

Defendant:
**NCL (BAHAMAS) LTD. d/b/a
NORWEGIAN CRUISE LINE; and NORWEGIAN CRUISE LINE HOLDINGS
LTD**

For:
BOATLAW, LLP
1440 10th Street
Suite 102 C
Bellingham, WA 98225

Received by Statewide Process Service, Inc on the 7th day of May, 2025 at 5:57 pm to be served on **NCL (Bahamas) Ltd. D/B/A Norwegian Cruise Line C/O Daniel S Farkas, Esq, 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**.

I, Eduardo E Ochoa, do hereby affirm that on the **13th day of May, 2025** at **11:53 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** with the date and time of service along with my initials and server number (if assigned one) endorsed thereon by me, to: **MALENA DELGADO** as **LEGAL ASSISTANT AUTHORIZED TO ACCEPT FOR REG AGENT** for **NCL (Bahamas) Ltd. D/B/A Norwegian Cruise Line C/O Daniel S Farkas, Esq**, at the address of: **7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true to the best of my knowledge.

**Eduardo E Ochoa**
Dade County  CPS # 784

**Statewide Process Service, Inc
5727 NW 7th Street
Suite 317
Miami, FL 33126
(786) 512-5440**

Our Job Serial Number: OCH-2025000694

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a