**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  25-cv-22098-JB**

DARRAN WETTER,

      Plaintiff,

v.

NCL (BAHAMAS) LTD. d/b/a
NORWEGIAN CRUISE LINE,

      Defendant.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL AND**
**ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement (the "Notice").  ECF No. [26].  Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.  Failure to comply will result in dismissal of this case without prejudice and without further notice.

2.  If the parties fail to complete the expected settlement, either party may request the Court reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 26th day of May, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE